**IN RE: Morris B. FAHNBULLEH, Petitioner.**

No. 17-1323

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2017

Decided: July 11, 2017.

Morris B. Fahnbulleh, Petitioner Pro Se.

Before GREGORY, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morris B. Fahnbulleh petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on

his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*